# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Devorous Hendricks,

    Petitioner,

        v.                        Case No.   1:12cv213

Warden, Lebanon Correctional
Institution,                            Judge Michael R. Barrett

    Respondent.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on January 15, 2013 (Doc. 9).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner.   *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).   No objections to the Magistrate Judge's Report and Recommendation (Doc. 9) have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 9) of the Magistrate Judge is hereby **ADOPTED.**   The Respondent's Motion to Dismiss (Doc. 6) and Petitioner's Motion to Stay (Doc. 7) are **DENIED as MOOT**.

**IT IS SO ORDERED.**

                                                *s/Michael R. Barrett*
                                                Michael R. Barrett
                                                United States District Judge