UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DEVOROUS HENDRICKS,

    Petitioner,

    v.         Case No. 1:12cv213

WARDEN, LEBANON
CORRECTIONAL INSTITUTION,     Judge Michael R. Barrett

    Respondent.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on September 3, 2021 (Doc. 39).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the R&R in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 39) have been filed.

Accordingly, it is **ORDERED** that the R&R (Doc. 39) of the Magistrate Judge is hereby **ADOPTED**. Consistent with the recommendation by the Magistrate Judge, the petitioner's motions (Docs. 31, 32, 34, 35) are **DENIED**.

    **IT IS SO ORDERED.**

                        s/*Michael R. Barrett*
                        Michael R. Barrett, Judge
                        United States District Court